

# Law Offices of
# PHILIP J. DANAHER, ESQ.
252 Broadway
Rensselaer, New York 12144

Telephone (518) 463-4383                                                                 Fax (518) 463-4386

August 19, 2009

Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

      RE:    John I. and Theresa A. Gregg
               Chapter 7 Case No. 07-60954

Dear Clerk:

In relation to the above-referenced matter, attached hereto please find Trustee's draft in the amount of $960.96 made payable to the Clerk, U.S. Bankruptcy Court, representing unclaimed funds. The original distribution was as follows:

**$362.87** to-
Origen Financial LLC (Claim no. 6)
475 Sunrise Highway
West Babylon, NY 11704

**$367.10** to-
Origen Financial LLC (Claim no. 11)
475 Sunrise Highway
West Babylon, NY 11704

**$230.99** to-
Bank of America N.A. (Claim no. 12)
NC4-105-03-14
Greensboro, NC 27420

Very truly yours,

Philip J. Danaher
Chapter 7 Trustee

PJD:lbd
Enclosures